## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | MARCUS A. SPEED SR., | : | Case No. 14-53500 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor | : | Judge C. Kathryn Preston |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

    Now comes Debtor MARCUS A. SPEED SR. by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtor:

MARCUS A. SPEED SR.
1080 Shady Lake Drive
Columbus, Ohio 43228

Respectfully submitted,

Dated: 8 July 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com